**Oliver L. JAQUAY, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 98–7051.**

United States Court of Appeals, Federal Circuit.

July 16, 2001.

Thomas W. Stoever, Jr., Arnold & Porter, of Denver, Colorado, for claimant-appellant. Of counsel was Keri L. Howe.

Steven J. Abelson, Attorney, Commercial Litigation Branch, Civil Division, Department of Justice, of Washington, DC, for respondent-appellee. Of counsel were David M. Cohen, Director; Kathryn A.

Bleecker, Assistant Director; and Ho Sik Shin and John P. Sholar, Trial Attorneys.

Michael P. Horan, Paralyzed Veterans of America, of Washington, DC, for amicus curiae Paralyzed Veterans of America. Of counsel was Morgain M. Sprague.

Robert V. Chisholm, Chisholm Chisholm & Kilpatrick, of Providence, Rhode Island for amicus curiae National Organization of Veterans' Advocates, Inc.

Stuart Levey, Baker Botts L.L.P., of Washington, DC, for amicus curiae Vietnam Veterans of America. Of counsel was Martin D. Minsker.

Before MAYER, Chief Judge, PAULINE NEWMAN, MICHEL, LOURIE, CLEVENGER, RADER, SCHALL, BRYSON, GAJARSA, LINN, and DYK, Circuit Judges.

## ORDER

IT IS ORDERED THAT:

(1) This appeal is scheduled for oral argument on Wednesday, October 3, 2001, at 2 p.m. in Courtroom 201.

(2) Counsel for each side shall have 30 minutes to argue their case.

(3) Counsel shall provide the clerk with the names of the arguing attorneys no later than September 10, 2001.